MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD FRANCIS GOBER, individually;<br><br>Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION; DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br>Defendants. | CASE NO. 2:26-cv-02457-RFB-EJY<br><br>**REVISED JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff EDWARD FRANCIS GOBER, by and through his attorney of record, JUSTIN G. RANDALL, ESQ. of ER INJURY ATTORNEYS, and Defendant COSTCO WHOLESALE CORPORATION., by and through its attorneys of record, MICHAEL A. FEDERICO, ESQ. of the law firm of OLSON CANNON & GORMLEY, hereby submit this Revised Joint Discovery Plan and Scheduling Order.

**Fed.R.Civ.P. 26(f) Conference**

Counsel for the parties participated in a Rule 26 Discovery Conference on September 9, 2026. The conference was attended by Michael Holthus, Esq. for Plaintiff and Michael A. Federico, Esq. for Defendant. At the conference, there were no discovery disputes at that time. The parties agree to exchange their disclosure statements in a timely manner. Counsel are requesting one hundred and eighty (180) days to complete discovery and be prepared for trial. More specifically,



*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

counsel request 180 days from the date the first defendant answered or otherwise appeared.

The parties jointly request one hundred and eighty (180) days for discovery due to Plaintiff's counsel having trials set for October 9, 2026, two on October 12, 2026, November 6, 2026, two on November 16, 2026, four on January 4, 2027, three on January 22, 2027, five on February 8, 2027, March 1, 2027, six on March 15, 2027 and March 16, 2027. Defendant's counsel has a trial set for March 16, 2027.

Based upon the above, the parties request one hundred and eighty (180) days for discovery under the discovery schedule set forth below.

1. **Discovery Cut-Off Date:** The parties are requesting 180 days for discovery from August 11, 2026, 2026, the date the first defendant answered or otherwise appear. Thus, the parties request a discovery cut-off date of February 8, 2027.

2. **Amending the Pleadings and Adding Parties:** The parties request that all motions to amend the pleadings or to add parties be filed no later than November 10, 2026 - 90 days prior to the proposed close of discovery.

3. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):** The parties request the disclosure of experts be made on or before November 10, 2026 - 90 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by December 10, 2026 – 30 days after the initial disclosure of experts.

4. **Interim Status Report:** Under recent changes in the rules, the parties will not file an interim status report previously required by LR 26-3.

5. **Dispositive Motions:** The date for filing dispositive motions shall be no later than March 10, 2027 - 30 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery

Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

6. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than April 9, 2027 - 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7. **Fed.R.Civ.P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8. **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration, at this time.

9. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

10. **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

| | |
|---|---|
| DATED this 14th day of October, 2026. | DATED this 14th day of October, 2026. |
| OLSON CANNON & GORMELY | ER INJURY ATTORNEYS |
| */s Michael A. Federico, Esq.* | */s/ Justin G. Randall, Esq.* |
| MICHAEL A. FEDERICO, ESQ.<br>Nevada Bar No. 005946<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Attorney for Defendant | JUSTIN G. RANDALL, ESQ.<br>Nevada Bar No. 12476<br>1700 S. Pavilion Center Dr., Ste. 530<br>Las Vegas, NV 89135<br>Attorney for Plaintiff |

IT IS SO ORDERED this 15th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701